On Remand from the Alabama Supreme Court.
This court, on October 8, 2004, affirmed the trial court's judgment, without an opinion. Keelboat Concepts, Inc. v.C.O.W., Inc. (No. 2030174, October 8, 2004), 921 So.2d 477
(Ala.Civ.App. 2004) (table). This court's judgment has been reversed and the cause remanded by the Supreme Court of Alabama.Ex parte Keelboat Concepts, Inc., 938 So.2d 922
(Ala. 2005). In compliance with the Supreme Court's opinion, the judgment of the trial court is reversed, and the cause is remanded for further proceedings consistent with the Supreme Court's opinion.
REVERSED AND REMANDED.
 All the judges concur. *Page 933